1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 21CR0625-JLS |
| Plaintiff, | ) | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME** |
| vs. | ) | |
| MARIO MUNOZ-SALAZAR, | ) | |
| Defendant. | ) | |

Pursuant to joint motion [Doc No. 17), **IT IS HEREBY ORDERED** that Motion Hearing/Trial Setting shall be continued from April 2, 2021  to May 14, 2021  at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served  by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U. S. C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED:  March 25, 2021

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge