UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | ) | Case No. 21CR0625-JLS |
|---|---|---|
| Plaintiff, | ) | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDE TIME** |
| vs. | ) | |
| MARIO MUNOZ-SALAZAR, | ) | |
| Defendant. | ) | |

Pursuant to joint motion [Doc No. 21), **IT IS HEREBY ORDERED** that Motion Hearing/Trial Setting shall be continued from July 23, 2021 to September 3, 2021 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(i).

IT IS SO ORDERED.

DATED: 07/21/2021

Honorable Janis L. Sammartino
United States District Judge